IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELE CRITTENDON, DON KINSEY TRAVIS MOSS, and MATT PICKETT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CREDIT SUISSE SECURITIES USA, LLC,<br><br>*Defendant*. | § § § § § § § § § § § § | Civil Action No. 3:16-cv-01256-L |

## JOINT MOTION TO STAY PROCEEDINGS AND, IN THE ALTERNATIVE, JOINT MOTION TO EXTEND ANSWER DEADLINE

Plaintiffs Michele Crittendon, Don Kinsey, Travis Moss, and Matt Pickett ("Plaintiffs") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") file this joint motion respectfully asking this Court to stay all proceedings in this case.

Plaintiffs and Credit Suisse are parties to an action pending in the Southern District of New York styled, *Credit Suisse Securities (USA) LLC v. Huthnance et al.*, Case No. 1:16-cv-03441-PGG ("the SDNY Action"). In the SDNY Action, Credit Suisse seeks an injunction, under the Federal Arbitration Act:

1. declaring that Plaintiffs, among others, must arbitrate any claims regarding deferred compensation and employee promissory notes in JAMS or the American Arbitration Association, pursuant to the parties' signed agreements; and

2. barring Plaintiffs, among others, from litigating these claims in any court or forum, other than the Southern District of New York.

In contrast, in this suit, Plaintiffs seek a declaration that the same disputes must be arbitrated in FINRA. (ECF No. 1-3).

Plaintiffs intend to respond to Credit Suisse's Motion for a Preliminary Injunction by asking the Court, *inter alia*, to abate the SDNY Action and/or transfer the Action to this Court pursuant to the "first filed" rule.  For this reason, the parties have stipulated that Plaintiffs will take no action nor seek any relief in this Court until the Court in the SDNY Action issues its decision on Plaintiffs' request to abate or transfer and, if that request is not granted, until that Court rules on Credit Suisse's application for a preliminary injunction.

The parties are working with the Court in the SDNY Action to set a hearing on the applications at the Court's earliest convenience and anticipate that the hearing will take place during the first week of July 2016.

In the alternative, the parties ask that the deadline for Credit Suisse to file its answer or other responsive pleading be extended through July 25, 2016.

Dated:  May 20, 2016

Respectfully submitted,

By: *s/ R. Rogge Dunn (by permission)*
R. Rogge Dunn
Texas State Bar No. 06249500
Brian P. Shaw
Texas State Bar No. 24053473
CLOUSE DUNN LLP
1201 Elm Street, Suite 5200
Dallas, TX 75270
dunn@financialadvisor.com
shaw@clousedunn.com

**ATTORNEYS FOR PLAINTIFFS**

By: *s/ Calli Turner*
Todd A. Murray
Texas Bar No. 00794350
Calli Turner
Texas State Bar No. 24088558
GARDERE WYNNE SEWELL, LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)
tmurray@gardere.com
cturner@gardere.com

**ATTORNEYS FOR DEFENDANT**